**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NICHOLAS A. WALKER,**

**Petitioner,**

**-vs-**

**UNITED STATES OF AMERICA,**

**Respondent.** **No. 16-cv-292-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 21, 2016 (Doc. 2), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:** s/*Caitlin Fischer*
**Deputy Clerk**

Dated: March 22, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.22 11:01:11 -05'00'

APPROVED:
U.S. DISTRICT JUDGE
U. S. DISTRICT COURT